UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA     :

        v.     :     NO. 3:01CR199(EBB)

TROY HAYES     :

## O R D E R

The government and the defendant shall, on or before April 18, 2005, file with the court their respective positions as to whether a nontrivially different sentence should be imposed in this case in light of United States v. Booker, 125 S. Ct. 738 (2005) and United States v. Crosby, No. 03-1675 (2d Cir. Feb. 2, 2005). Defendant may, in his submission, elect to waive resentencing.

SO ORDERED.

ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this 24 day of March, 2005.

AO 72A
(Rev.8/82)