UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA       :

       v.                    :   NO. 3:01CR199(EBB)

TROY HAYES                     :

O R D E R

The court, having determined that a nontrivially different sentence should be imposed in this case, shall resentence defendant on Auguat 9, 2005, at 9:00 a.m.

SO ORDERED.

                           ELLEN BREE BURNS, SENIOR JUDGE
                           UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this 23rd day of June, 2005.

AO 72A
(Rev.8/82)