FILED

2005 AUG 24  A 9: 11

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| PLAINTIFF | ) | CRIMINAL NO.: 3:01cr199 (EBB) |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | August 24, 2005 |
| TROY HAYES | ) | |
| DEFENDANT | ) | |

## MOTION TO CONTINUE RE-SENTENCING

The Defendant, **TROY HAYES**, through counsel, hereby moves this Honorable Court, to continue the re-sentencing currently scheduled for Monday, August 29, 2004, to the week of October 3, 2003, and states in support the following:

1.  That as the Court is aware, the undersigned is currently on trial in the matter of United States of America v. Shoreline Mitsubishi, Et al, 3:02cr341 (EBB). As a result, the undersigned has been unable to review all of the documentation nor conduct any research as to any recent caselaw that may have been released since the filing of his brief.

2.  That as a result of the preparation and presentation of said trial, the undersigned has been unable to speak to the Defendant, who is currently incarcerated. The undersigned is unaware as to the current location of the Defendant, who may be in transit from his designated facility to one closer to the District of Connecticut in lieu of the August 29, 2005 re-sentencing date.

3.   That as a result of the preparation and presentation of said trial, the undersigned has been unable to make contact with Assistant United States Attorney Mark Rubino, and, as a result, has been unable to ascertain his position with regard to this motion.

WHEREFORE, Defendant prays this Court enter an Order continuing said re-sentencing date until the week of October 3, 2005.

>THE DEFENDANT
>TROY HAYES
>
>BY: _____
>MICHAEL S. HILLIS
>DOMBROSKI, KNAPSACK & HILLIS, LLC
>205 Whitney Avenue
>New Haven, CT 06511
>(203) 624-9096
>Bar #: ct11867

## CERTIFICATION

This is to certify that the foregoing Motion to Continue Sentencing was mailed, postage prepaid, this 24th day of August, 2005, to the following counsel:

**MARK RUBINO**, AUSA
Office of the U.S. Attorney
157 Church Street, 23rd Floor
New Haven, Connecticut 06510

**CHAMBERS OF THE HONORABLE ELLEN B. BURNS**
U.S. District Court
141 Church Street
New Haven, Connecticut 06510

_____
MICHAEL S. HILLIS