UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     PLAINTIFF ) | CRIMINAL NO.: 3:01cr199 (EBB) |
| ) | |
| V. ) | |
| ) | |
| ) | September 2, 2005 |
| TROY HAYES ) | |
|     DEFENDANT ) | |
| ) | |

## MOTION TO CONTINUE RE-SENTENCING

    The Defendant, **TROY HAYES**, through counsel, hereby moves this Honorable Court, to continue the re-sentencing currently scheduled for Tuesday, September 6, 2005, to the week of September 12, 2005, and states in support the following:

    1.    That as the Court is aware, the undersigned is currently on trial in the matter of United States of America v. Shoreline Mitsubishi, Et al, 3:02cr341 (EBB). There is a strong likelihood that the jury will continue their deliberations through Tuesday, September 6, 2005. As a result, the needs of the jury and/or the rendering of a verdict could preempt the sentencing hearing.

    2.    The undersigned has contacted Assistant United States Attorney Mark Rubino, but as of the date of this motion, he has been unable to ascertain his position with regard to this same.

WHEREFORE, Defendant prays this Court enter an Order continuing said re-sentencing date until the week of September 12, 2005.

        THE DEFENDANT
        **TROY HAYES**

BY: _____
        MICHAEL S. HILLIS
        DOMBROSKI, KNAPSACK & HILLIS, LLC
        205 Whitney Avenue
        New Haven, CT 06511
        (203) 624-9096
        Bar #: ct11867

## **CERTIFICATION**

This is to certify that the foregoing Motion to Continue Sentencing was mailed, postage prepaid, this 2nd day of September, 2005, to the following counsel:

| **MARK RUBINO**, AUSA | **CHAMBERS OF THE HONORABLE ELLEN B. BURNS** |
|---|---|
| Office of the U.S. Attorney | U.S. District Court |
| 157 Church Street, 23rd Floor | 141 Church Street |
| New Haven, Connecticut 06510 | New Haven, Connecticut 06510 |

_____
MICHAEL S. HILLIS