**Local Criminal Notice of Appeal Form**.

## NOTICE OF APPEAL
## United States District Court

_____ District of _____

_____

_____

Docket No.: _____

_____
(District Court Judge)

Notice is hereby given that _____ appeals to the United States Court of Appeals for the Second Circuit from the judgment [_____], other [_____] _____
(specify)

entered in this action on _____.
(date)

Offense occurred after November 1, 1987      Yes      [ \_\_\_ ]      No [ \_\_\_\_ ]

This appeal concerns: Conviction only [ \_\_\_ ]      Sentence only [ \_\_\_ ]      No [ \_\_\_\_ ]

Date _____
TO

_____
(Counsel for Appellant)

Address _____

_____

_____

**ADD ADDITIONAL PAGE (IF NECESSARY)**      Telephone Number: _____

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ **QUESTIONNAIRE** | ▶**TRANSCRIPT ORDER** | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ \_\_\_\_\_ ] I am ordering a transcript<br>[ \_\_\_\_\_ ] I am not ordering a transcript<br>         Reason<br>         [ \_\_\_\_\_ ] Daily copy is available<br>         [ \_\_\_\_\_ ] U.S. Attorney has placed order<br>         [ \_\_\_\_\_ ] Other. Attach explanation | Prepare transcript of<br>[ \_\_\_\_\_ ] Prepare proceedings _____<br>[ \_\_\_\_\_ ] Trial _____<br>[ \_\_\_\_\_ ] Sentencing _____<br>[ \_\_\_\_\_ ] Post-trial proceedings _____ | Dates |
| The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).<br>Method of payment      [ \_\_\_\_\_ ] Funds [ \_\_\_\_\_ ]      CJA Form 24 [ \_\_\_\_\_ ] | | ▶ |
| **ATTORNEY'S SIGNATURE** | **DATE** | |
| ▶ COURT REPORTER ACKNOWLEDGMENT | To be completed by Court Reporter and forwarded to Court of Appeals. | |
| Date order received | Estimated completion date | Estimated number of pages |
| | Date _____  Signature _____<br>(Court Reporter) | |

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court  (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02