UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 SEP 13  A 10: 58
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA

V

CASE NO. 3:01cr199(EBB)

TROY HAYES

## AMENDMENT TO JUDGMENT

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on January 29, 2004, be amended in part as follows:

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 235 months.**

In all other respects the Judgment & Order of Commitment entered by this Court on January 29, 2004, remains the same.

It is So Ordered.

Dated at New Haven, Connecticut this 9th day of September, 2005

ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT