# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

ROBIN D. TABORA
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

CHIEF DEPUTY CLERK

LORI INFERRERA
DEPUTY-IN-CHARGE
NEW HAVEN

January 7, 2008

Clerk Vincenza J. Mathias
U.S. Court of Appeals
U.S. Courthouse
500 Pearl Street, Rm 370
New York, NY  10007

    Case No:    3:01 cr 199 (EBB)
Case Name:    USA  v  TROY HAYES
      USCA:    05-4996

Dear Clerk:

Forwarded herewith is the Record on Appeal in the above-entitled case, together with a copy of the Notice of Electronic Filing indicating the documents that are enclosed.  Transcripts #s:: 66, 67, 68, 69, 70 and 71.  Documents: 1-14, 16-29, 31-50 and 52.

Respectfully,

ROBIN D. TABORA, Clerk

By:    V. Jefferson
        Deputy Clerk

Encl.

Please acknowledge receipt on the copy of this letter and return it to the Clerk's Office in the envelope provided.

ACKNOWLEDGMENT: _____  DATE: _____